```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 29814
   SONDRA HAYWOOD
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2985

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/11/2004 and was confirmed 10/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
JEFFRO FURNITURE COMPANY  SECURED            600.00          22.26           600.00
JEFFRO FURNITURE COMPANY  UNSECURED       NOT FILED            .00              .00
JEFFRO FURNITURE          NOTICE ONLY     NOT FILED            .00              .00
CITY OF CHICAGO PARKING   UNSECURED          3310.00           .00           331.00
PEOPLES GAS LIGHT & COKE  UNSECURED              .00           .00              .00
SPRINT PCS                UNSECURED       NOT FILED            .00              .00
PARTNERS FINANCIAL SERVI  FILED LATE         4545.00           .00              .00
NATIONAL FINANCIAL HOLDI  FILED LATE         4093.38           .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,170.20                        1,311.78
TOM VAUGHN                TRUSTEE                                             134.96
DEBTOR REFUND             REFUND                                               65.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  2,465.00

PRIORITY                                              .00
SECURED                                            600.00
    INTEREST                                        22.26
UNSECURED                                          331.00
ADMINISTRATIVE                                   1,311.78
TRUSTEE COMPENSATION                               134.96
DEBTOR REFUND                                       65.00
                        --------------      --------------
TOTALS                    2,465.00                2,465.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 29814 SONDRA HAYWOOD

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE